THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* GEORGE WASHINGTON DAVIS, a/k/a WALTER B. MILLER, Defendant-Appellant.

No. 70-291;

Second District—July 20, 1971.

Opinion by Mr. JUSTICE SEIDENFELD.

E. Roger Horsky and Frederick F. Cohn, both of Defender Project, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan, for the People.